

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00624-CV

Rachel **NELSON** and All Other Occupants,
Appellant

v.

**HORIZON POINTE APARTMENTS, LP**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV06363
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios Justice
             Velia J. Meza, Justice

Delivered and Filed: January 29, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on October 21, 2024. On October 29, 2024, this court notified appellant by letter that her brief was late. On November 19, 2024, we ordered appellant to file her brief and to show cause in writing by December 4, 2024, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). Appellant did not respond to this court's order, and, to date, appellant has not filed a brief. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM